# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 29, 2011

No. 11-30062

Lyle W. Cayce
Clerk

BRAD BOUTIN, on behalf of Christian Boutin Estate, individually and as administrator,

Plaintiff–Appellant

v.

WESTCHESTER FIRE INSURANCE COMPANY,

Defendant–Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:07-CV-567

Before BENAVIDES and PRADO, Circuit Judges, and ALVAREZ,[*] District Judge.

PER CURIAM:[**]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*] District Judge of the Southern District of Texas, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.